UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| WESTERN & SOUTHERN FINANCIAL GROUP, INC., et al. | |
| Plaintiffs, | Case No. C 1 07 294 |
| v. | Judge S. ARTHUR SPIEGEL |
| TOUCHSTONE PARTNERS, LLC, et al. | Magistrate _____ |
| Defendants. | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1, any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation." A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of Plaintiff, The Western and Southern Life Insurance Company.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?
   _____ Yes      ✓ _____ No

COLLibrary 166372v.1

If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

    ✓ Yes      ____ No

If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

The Cincinnati Insurance Company, a subsidiary of Cincinnati Financial Corporation, is an insurance carrier for The Western and Southern Life Insurance Company in this matter. St. Paul Mercury Insurance Co., a subsidiary of St. Paul Travelers Cos., Inc., is also an insurance carrier for The Western and Southern Life Insurance Company in this matter.

_____       04/11/2007
(Signature of Counsel)      (Date)

COLLibrary 166372v.1