UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| **WESTERN & SOUTHERN FINANCIAL GROUP, INC.,** *et. al.* | : : : | **CASE NO. 1:07-CV-00294-SSB-TSB** |
| **PLAINTIFF** | : : : | **[JUDGE SANDRA S. BECKWITH]** |
| vs. | : : | **[MAGISTRATE JUDGE TIMOTHY S. BLACK]** |
| **TOUCHSTONE PARTNERS,** *et al.,* | : : : | **CORPORATE DISCLOSURE STATEMENT** |
| **DEFENDANT** | : : | |

  Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation." A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whatever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

  **In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:**

  TouchStone Partners, L.L.C. and TouchStone Fund Management, L.L.C.

1.  **Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?**

   _____ Yes      **X**   No

   **If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:**

2.  **Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?** _____ **Yes**     **X**   **No**

   **If the answer is Yes, list the identity of such corporation and the nature of the financial interest.**

Respectfully submitted,

/s/ Matthew S. Arend
Charles H. Brown, III (0038884)
Matthew S. Arend (0079688)
DINSMORE & SHOHL LLP
1900 Chemed Center
255 East Fifth Street
Tel: (513) 977-8207
Fax: (513) 977-8141
Email: chip.brown@dinslaw.com

*Attorneys for Defendants Touchstone Partners, L.L.C. and Touchstone Fund Management, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all the following:

Brian J. Downey, Esq.
Frost Brown Todd LLC
10 West Broad Street, Suite 2300
Columbus, Ohio 43215-3484
Tel. 614-464-1211
Fax 614-464-1737
E-mail bdowney@fbtlaw.com

*Attorneys for Plaintiffs*

/s/ Matthew S. Arend

1396228v1

2